E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5901
    Facsimile: (213) 894-6269
    E-mail:    Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $40,000.00 IN U.S. CURRENCY | CR MISC. No. 2:24-cm-00158<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT**<br><br>**[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH]** |

It is hereby stipulated by and between the United States of America ("United States" or "the government") and claimant Alfonso Mclennon, ("the claimant"), by and through their respective attorneys, as follows:

1.  Claimant has filed a written claim in the administrative forfeiture proceedings with the United States Postal Inspection Service ("USPIS") with respect to $40,000.00 in U.S. Currency seized during the execution of a federal search warrant on March 7, 2025. The $40,000.00 in U.S. Currency is hereinafter referred to as the "property".

2.    The government asserts that USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the property.  No person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is August 22, 2024, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 21, 2024, the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5.    Claimant knowingly, intelligently, and voluntarily gives up any rights he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture by August 22, 2024, and any rights he may have to seek dismissal of any complaint and/or any forfeiture

2

allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the property and/or to obtain an indictment in connection with the property is extended to and including October 21, 2024.

Dated: August 8, 2024          Respectfully submitted,

E. MARTIN ESTRADA
Acting United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

       /s/
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 8, 2024          LAW OFFICE OF REBECCA FEIGELSON

    /s/ *per email authorization*
ISAAC SAFIER, Esq.

Attorney for Claimant
ALFONSO MCLENNON

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **August 8, 2024**, I served a copy of: **STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** upon each person or entity named below:

**X** By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Isaac Safier, Esq.**
> **Law Office of Rebecca Feigelson**
> **345 Franklin Street**
> **San Francisco, CA 94102**
> **isaacsafier@gmail.com**
>
> **Attorney for**
> **ALFONSO MCLENNON**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **August 8, 2024** at Los Angeles, California.

/s/ Helen Wu
**HELEN WU**
Senior Paralegal